FREEDMAN AND LORRY, P.C.
BY: SCOTT A. PORTNER, ESQUIRE
IDENTIFICATION NO. 85314
1601 Market Street, Suite 1550
Philadelphia, PA 19103
(215) 931-2564
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN ROBINSON | : CIVIL ACTION |
| vs. | : |
| CARLTON PARK SHIPPING CO PTE. LTD. | : NO. |
| and | : |
| A.P. MOLLER -MAERSK A/S | : |

COMPLAINT
Jury Trial Demanded

1. Plaintiff Sean Robinson is a citizen and resident of the Commonwealth of Pennsylvania.

2. Defendant Carlton Park Shipping Co. Pte, Ltd. is a business organization organized and existing under and by virtue of the laws of Singapore with its principal place of business located in 108 Middle Road, #09-00, Bernhard Schulte House, Singapore 188967.

3. Defendant A.P. Moller-Maersk A/S is a business organization organized and existing under and by virtue of the laws of the governmental body other than the Commonwealth of Pennsylvania with its principal place of business located in 50 Esplanaden DK-1098 Copenhagen K, Denmark.

4. The jurisdiction of this Court is invoked under 28 U.S.C. §1332, there being diversity of

citizenship between the parties. The amount in controversy, exclusive of interest and costs, is in excess of Seventy-Five Thousand Dollars ($75,000.00).

5. Venue is appropriate in this Court since a substantial part of the events giving rise to the claim occurred in this judicial district.

6. On or about March 15, 2021, and at all times material hereto, Defendants owned, managed, operated, possessed, controlled and chartered the M/V Lucie Schulte in foreign commerce.

7. On or about March 15, 2021, the M/V Lucie Schulte was in navigable waters in the United States and berthed at the Packer Avenue Marine Terminal in the Port of Philadelphia, Pennsylvania.

8. On or about March 15, 2021, and at all times mentioned herein, Plaintiff was an employee of the Packer Avenue Marine Terminal in the capacity of a longshoreman and was aboard the M/V Lucie Schulte as a business visitor in connection with the performance of cargo operations being conducted thereon.

9. On or about March 15, 2021, Plaintiff, while in the course of performing his duties as aforesaid, was caused to sustain serious injuries due to the carelessness and negligence of defendants by their agents, servants, workmen and employees.

10. By reason of the carelessness and negligence of the Defendants as aforesaid, the Plaintiff was caused to sustain severe injuries to his concussion with loss of consciousness, traumatic brain injury, fracture of mandible, chronic posttraumatic headaches, memory loss, he sustained other orthopedic, neurological and internal injuries; he sustained severe shock and injury to his nerves and nervous system; he has in the past required and may in the future continue to require medicines, medical care and attention; he has in the past been and may in the future be compelled to expend monies and incur obligations for such care and attention; he has in

the past suffered and may in the future continue to suffer agonizing aches, pains and mental anguish; he has in the past been and may in the future continue to be disabled from performing his usual duties, occupations and avocations.

    WHEREEFORE, Plaintiff Sean Robinson claims damages of the Defendants in a sum in excess of One Hundred Fifty Thousand Dollars ($150,000.00), together with prejudgment interest and costs and brings this action to recover same.

                                            FREEDMAN AND LORRY, P.C.

                                    BY: _____
                                                SCOTT A. PORTNER
                                                Attorney for Plaintiff

DATE: February 21, 2024